```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 12054
    LAKIYSHA MARIE JOHNSON
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-7473

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/12/2008 and was confirmed 08/18/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 02/23/2009.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                PAID           PAID
--------------------------------------------------------------------------------
ASSET ACCEPTANCE LLC        UNSECURED        NOT FILED           .00            .00
AT&T BROADBRAND             UNSECURED        NOT FILED           .00            .00
AT&T BROADBND               NOTICE ONLY      NOT FILED           .00            .00
AT&T                        UNSECURED        NOT FILED           .00            .00
AT&T                        NOTICE ONLY      NOT FILED           .00            .00
ASSET ACCEPTANCE CORP       UNSECURED           180.10           .00            .00
AT & T                      NOTICE ONLY      NOT FILED           .00            .00
ECAST SETTLEMENT CORP       UNSECURED           894.27           .00            .00
CITY OF CHICAGO PARKING     UNSECURED          4160.00           .00            .00
DELL FINANCIAL SERVICES     UNSECURED        NOT FILED           .00            .00
COMCAST                     UNSECURED        NOT FILED           .00            .00
COMCAST                     NOTICE ONLY      NOT FILED           .00            .00
ASSET ACCEPTANCE CORP       UNSECURED           708.65           .00            .00
IQ TELECOM                  UNSECURED        NOT FILED           .00            .00
IQ TELECOM                  NOTICE ONLY      NOT FILED           .00            .00
LORETTO HOSPITAL            UNSECURED        NOT FILED           .00            .00
LORETTO HOSPITAL            NOTICE ONLY      NOT FILED           .00            .00
SAGE TELECOM                UNSECURED        NOT FILED           .00            .00
SAGE TELECOM INC            NOTICE ONLY      NOT FILED           .00            .00
SALLIE MAE SERVICING        UNSECURED        NOT FILED           .00            .00
SANTA BARBARA BANK & TRU    UNSECURED           509.95           .00            .00
SBC ASSET ACCEPTANCE COR    UNSECURED        NOT FILED           .00            .00
SPRINT PCS                  NOTICE ONLY      NOT FILED           .00            .00
TCF BANK                    UNSECURED        NOT FILED           .00            .00
TCF NATIONAL BANK           NOTICE ONLY      NOT FILED           .00            .00
PAYDAY LOAN                 UNSECURED        NOT FILED           .00            .00
UNIVERSITY OF IL HOSPITA    UNSECURED        NOT FILED           .00            .00
WASHINGTON MUTUAL           UNSECURED        NOT FILED           .00            .00
PREMIER BANCARD CHARTER     UNSECURED           420.93           .00            .00
PETER FRANCIS GERACI        DEBTOR ATTY      3,500.00                         479.44
TOM VAUGHN                  TRUSTEE                                            40.56
DEBTOR REFUND               REFUND                                               .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 12054 LAKIYSHA MARIE JOHNSON
```

```
     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                   520.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                 479.44
TRUSTEE COMPENSATION                            40.56
DEBTOR REFUND                                     .00
                      ---------------     ---------------
TOTALS                    520.00                520.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


    Dated: 03/26/09              /s/ Tom Vaughn
                                 _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE